874 A.2d 1038

IN THE MATTER OF ALAN ZARK, AN ATTORNEY AT LAW.

June 8, 2005.

**ORDER**

The Disciplinary Review Board having filed with the Court its decision in DRB 04–407, concluding that **ALAN ZARK** of **BAYONNE**, who was admitted to the bar of this State in 1976, should be reprimanded for violating *RPC* 1.15(a)(failure to safeguard funds of a third party), *RPC* 1.15(b)(failure to promptly deliver funds), and *RPC* 8.4(c)(conduct involving dishonesty, fraud, deceit or misrepresentation), and good cause appearing;

It is ORDERED that **ALAN ZARK** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.